THOMPSON, Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(C), Ala.R.App.P.; Hereford v. Gingo-Morgan Park, 551 So.2d 918 (Ala.1989); Boles v. Autery, 554 So.2d 959 (Ala.1989); Auerbach v. Parker, 544 So.2d 943 (Ala.1989); CRW, Inc. v. Twin Lakes Property Owners Ass’n, Inc., 521 So.2d 939 (Ala.1988); Frander & Frander, Inc. v. Griffen, 457 So.2d 375 (Ala.1984); Arnett v. City of Mobile, 449 So.2d 1222 (Ala.1984); Powell v. Hopkins, 288 Ala. 466, 262 So.2d 289 (Ala.1972); Bishop v. Pierce, 726 So.2d 663 (Ala.Civ.App.1998); and Thompson v. Wasdin, 655 So.2d 1058 (Ala.Civ.App.1995).
The Supreme Court of Alabama transferred the appeal to this court, pursuant to § 12-2-7(6), Ala. Code 1975.
ROBERTSON, P.J., and YATES and MONROE, JJ., concur.
CRAWLEY, J., dissents.